NF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

# RECEIVED

JUN 1 7 2016 AB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

WILFRED MCCLENDON

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

I/O TURNGREEN, SUPT. BELL,
C/O SAWLAW, SHERIFF KENT
C/O TRACY, SGT. DONAHIRE
AND TOM DART.

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

1:16-cv-6334
**Judge Robert W. Gettleman**
**Magistrate Judge Michael T. Mason**
PC3

**CHECK ONE ONLY:**

____✗____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.    Name: _WILFRED MCCLENDON_

    B.    List all aliases: _- NONE -_

    C.    Prisoner identification number: _B59999_

    D.    Place of present confinement: _LAWRENCE PRISON_

    E.    Address: _10930 LAWRENCE ROAD, SUMNER, IL 62466_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _TURNGREEN_

            Title: _GUARD AT PIATT COUNTY JAIL_

            Place of Employment: _PIATT COUNTY JAIL_

    B.    Defendant: _BELL_

            Title: _SUPERINTENDENT AT PIATT COUNTY JAIL_

            Place of Employment: _PIATT COUNTY JAIL_

    C.    Defendant: _SAWLAW_

            Title: _GUARD AT PIATT COUNTY JAIL_

            Place of Employment: _PIATT COUNTY JAIL_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

_[SEE PAGES 2A, B, C]_

Revised 9/2007

I.     **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: ____HUNT_____

        Title: ____SHERIFF_____

        Place of Employment: __SHERIFF AT PIATT COUNTY JAIL__

    B.    Defendant: ____TRACY_____

        Title: ____GUARD_____

        Place of Employment: __PIATT COUNTY JAIL__

    C.    Defendant: __DONAHERE_____

        Title: ____ - SGT, AT Piatt County Jail__

        Place of Employment: __PIATT COUNTY JAIL__

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

- 2 B -

Revised 9/2007

I.    **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _____TOM DART_____

        Title: _____DIRECTOR of Cook County Jail_____

        Place of Employment: _COOK COUNTY JAIL_____

    B.    Defendant: _____

        Title: _____

        Place of Employment: _____

    C.    Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Wilfred McClendon v. Detective Tony Padron and City of Riverdale 14 C 0615

B. Approximate date of filing lawsuit: Jan 28, 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Tony Padron, city of Riverdale

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court, Northern District of Illinois

F. Name of judge to whom case was assigned: Virginia M. Kendall, Magistrate Judge Veldez

G. Basic claim made: Violation of Constitutional Rights Civil Right

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: Aug 11, 2014

[SEE PAGES 3A, B]

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Wilfred McClendon v. C.O. Surane, et al; 14 c 6881

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: C.O. M. Lopez, commander ortega, CO. G. Ringead, Co. Poclino, C.O. Marotta, Sgt. Zalac, Thomas Dart.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United State District court, Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Ronald A. Guzman

G. Basic claim made: Excessive Force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: WILFRED McELLENDON V. TOM DART, ET. AL., 14-C-9803

B.  Approximate date of filing lawsuit: UNKNOWN

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D.  List all defendants: TOM DART, CRW McCOY, CRW BUTLER AND CRW EARL

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DIST. COURT, NORTHERN DIST. OF ILLINOIS

F.  Name of judge to whom case was assigned: JOAN LEFKOW

G.  Basic claim made: VIOLATION OF CONSTITUTIONAL RIGHTS

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED

I.  Approximate date of disposition: 2-2-2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. THAT ON AND ABOUT 8-20-2012, PLAINTIFF WAS CONFINED IN THE COOK COUNTY JAIL AS A PRE-TRIAL DETAINEE AND ON 4-8-15, HE WAS UNJUSTLY TRANSFERRED TO PIATT COUNTY JAIL BY OFFICIALS AT COOK COUNTY JAIL DUE TO SPACE AND THIS PUT PLAINTIFF'S WELL-BEING AND SAFETY AT RISK BASED ON STAFF AT PIATT MISTREATMENT AND DISRESPECTFULNESS.

2. THAT ON 4-8-15, DEFENDANTS WRANT, BELL, DONAHUE AND TRACY WERE TOLD ABOUT TURNGREEN ASSAULTING AND HARASSING PLAINTIFF AND CALLING A "BLACK ASS NIGGER" AND POINTING A TAZER AT HIM AND STATED, "I'LL BE BACK." THEY ASSERTED THAT THEY WOULD TELL DEFENDANT TURNGREEN TO STAY AWAY FROM HIM. LATER THAT DAY AFTER 3 P.M., PLAINTIFF TOLD BELL TO MAKE SURE THAT SHE KEEP TURNGREEN AWAY FROM HIM DUE TO HIM FEARING FOR HIS SAFETY AND TURNGREEN HAD ALREADY ASSAULTED HIM... AND SHE SAID THAT SHE WAS TELL TURNGREEN.

3. THAT DEFENDANT SAWLAW CAME TO PLAINTIFF'S CELL AND HE TOLD SAWLAW ABOUT TURNGREEN AND SAWLAW CLAIMED THAT HE WOULD MAKE SURE TURNGREEN STAY AWAY FROM HIM...

SEE 4A, B.

Revised 9/2007

But Turngreen showed with Plaintiff's medication and the Plaintiff told him that he was not going to accept the medication from him; and at that Turngreen said "Fuck You, and Your Black Ass and Your Mother who had You, Too." Then Turngreen attacked him and began beating him. Defendant Sanchaw showed up and pointed a Tazer at Plaintiff and told him to lay on floor, but he was alright on the floor. Plaintiff did not resist and was kicked and hit by Turngreen in front of Sanchaw. Never did Sanchaw stop Turngreen from harming Plaintiff. He watched him cuff Plaintiff behind his back and pulled him up to his feet and shoved him out of the door after another jailer opened it from the Control Center.

4. That Turngreen intentionally pushed Plaintiff in a Brick Wall and caused harm to him over his left eye. Blood gushed out. Turngreen refused to give him medical treatment and put him in the holding cell and left him there. Sanchaw saw this and failed to stop Turngreen, as well as failed to give medical care to Plaintiff by medical staff at Jail. The Fire Department and Hunt were contacted and Plaintiff advised the Fire Department not to touch him and they left. He told Hunt that he (Hunt) failed to protect him from Turngreen. Hunt took pictures of his injured face and left. Moment later, Plaintiff passed out and Hunt returned and treated him by taking his Blood Pressure. Hunt called the Fire Dept. and they returned and took Plaintiff to the outside hospital and medical staff there gave him five (5) stitches to close the wound Turngreen caused unjustly.

-4A-

5. THAT HE WASN'T GAVE MEDICATION FOR PAIN AND RETURNED HIM TO JAIL ... AND TWO DAYS LATER HE COMPLAINED ABOUT PAIN TO HIS FACE AND HE WAS SEEN BY MEDICAL STAFF AND X-RAYS WERE ORDERED.

THUS, HE COULD NOT EAT THE JAIL FOOD DUE TO HIS CHEEK BONE ON THE LEFT SIDE WAS DAMAGED AND HE RECEIVED NO MEDICAL TREATMENT FOR IT. [THE SAME GOES FOR HIS RIGHT THUMB BEING DISLOCATED. NO MEDICAL TREATMENT WAS GIVEN.]

6. THAT SHERIFF FROM COOK COUNTY JAIL CAME AND GOT HIM AND TOOK HIM TO THE CERMACK HOSPITAL TO SEE A DOCTOR AND SHE RULED THAT HIS THUMB WAS DISLOCATED AND HIS CHEEK BONE DAMAGED. THEN HE WAS RETURNED TO COOK COUNTY JAIL AND HE TENDERED A GRIEVANCE ON HOW HE WAS MISTREATED AT PIATT COUNTY JAIL AND SOCIAL WORKER PONDEXTER SAW HIM ON THE GRIEVANCE AND STATED "OUTSIDE COUNTY ISSUE." [THE GRIEVANCE THAT HE FILED WITH PIATT COUNTY JAIL OFFICIALS WAS NEVER ANSWERED TO COVER-UP THE MISTREATMENT RENDERED ON PLAINTIFF.]

7. THAT HE NEVER RECEIVED AND MEDICAL CARE FOR HIS INJURIES AND STILL SUFFER FROM IT TO HIS JAW BONE AND THUMB THAT WAS INJURED BY TURNGREEN.

MOREOVER, HE COMPLAINED TO PRISON OFFICIALS ABOUT

-4B-

HIS INJURIES AND HE WAS GIVEN X-RAYS AT STATEVILLE PRISON AND IT WAS NOTED THAT HIS THUMB WAS DISLOCATED.

8. THAT DEFENDANT DART IMPROPERLY SENT PLAINTIFF TO PIATT COUNTY JAIL, WHERE HE WAS INJURED, AND REFUSED TO ANSWER HIS REQUESTS FOR MEDICAL HELP TO ADDRESS HIS INJURIES.

9. THAT ALL OF THE DEFENDANTS ARE BEING SUED IN THEIR OFFICAL, INDIVIDUAL AND PERSONAL CAPACITIES FOR VIOLATING PLAINTIFF'S CONSTITUTIONAL RIGHTS.

10. THAT PLAINTIFF ATTACH (12) GRIEVANCES ABOUT THIS MATTER AND ASK THE COURT TO CONSIDER IT. [SEE EXIBITS 1-12]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. GRANT PLAINTIFF $250,000 FROM EACH DEFENDANT IN THEIR OFFICIAL, INDIVIDUAL AND PERSONAL CAPACITIES FOR VIOLATING HIS CONSTITUTIONAL RIGHTS WHILE IN THEIR CUSTODY AND CARE.
2. GRANT MEDICAL CARE FOR HIS INJURED JAW AND DISLOCATED THUMB
3. GRANT ANY OTHER RELIEF DEEMED NECESSARY BY THIS COURT.

VI.     The plaintiff demands that the case be tried by a jury.    ☒ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of ___9___, 20_16_

_Wilfred, McClendon_
(Signature of plaintiff or plaintiffs)

WILFRED McCLENDON
(Print name)

B-5999
(I.D. Number)

10930 LAWRENCE ROAD

SUMNER, IL-62466

(Address)

Revised 9/2007

Page 1072

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL # _____

---

**!This section is to be completed by Program Services Staff - ONLY!** *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☑ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

_____
*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

---

## INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*  McClendon

PRINT - FIRST NAME *(Primer Nombre):*  Wilfred

ID Number *(# de identificación):*  12-0820-213

DIVISION *(División):*  9

LIVING UNIT *(Unidad):*  2-A-2134

DATE *(Fecha):*  4 / 30 / 15

---

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  -  Date of Incident  -  Time of Incident  -  Specific Location of Incident
*(Por Favor, Incluya:)*  -  *Fecha Del Incidente*  -  *Hora Del Incidente*  -  *Lugar Específico Del Incidente*

On above date of April 8, 2015 I was transfered down to Piatt County Jail from Cook County Jail for no reason and while down at Piatt County Jail, I was mistreated and harrassed by Piatt County officers not just that this officer by name Turngreen assulted me called me "Racial" names Black Ass, Nigger and I report this to Piatt County officers Supt Bell, Sgt Domahire, sheriff Hunt about officer Turngreen and this was before he put his hands on me, April 9, 2015 officer Turngreen used unnecessary force which he push my face into wall cause my eye to bust open and I suffered fracture thumb and my face, the cheek bone is push in too. Cook County Jail sent me down

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):*

Cook County Jail is responsible for me going down there to Piatt County Jail and you are responsible for my safety. So I would lik to "Press Charge" on officer Turngreen who work for Piatt County Jail.

---

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*

INMATE SIGNATURE *(Firma del Preso):*  Wilfred McClendon

---

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED:  1 / 30 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:  ___ / ___ / ___

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

Page 2 of 2

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**! This section is to be completed by Program Services staff - ONLY !   (! Para ser llenado solo por el personal de Program Services !)**

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☑ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: McClendon

PRINT - FIRST NAME *(Primer Nombre)*: Wilfred

ID Number *(# de identificación)*: 12-0820-213

DIVISION *(División)*: 9

LIVING UNIT *(Unidad)*: 2-A-7/34

DATE *(Fecha)*: 4/30/15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:    Date of Incident   – Time of Incident   – Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)*

there knowing that this place was not safe and officers at Piatt County Jail are "Racial"! I'm still in sever pain right now. Today my thumb needs reconstruction and my face too I also recied Five stiches over my eye and am still traumatized from this incident. This officers Turngreen "kick me and stomp" me in back red hand like I ray am still in "pain"

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado)*:

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso)*: Wilfred McClendon

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: ___/___/15 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: ___/___/___ |

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
N/A

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| mClemen | Wilfred | 20120830213 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

265 Outside County Issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

Inmate was given a CHS form to complete.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE //REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):    DATE REFERRED: 5/ / 15

Inmate ser. Admin outside County

RESPONSE BY PERSONNEL HANDLING REFERRAL:

see attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | 15 | 5/30/15 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
6/ 1/ 15

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? | Yes *(Si)* | No |
|---|---|---|
| *¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* | ☐ | ☐ |

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* / / |
|---|---|---|

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelacion):*
_____ / _____ / _____

1072

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE          ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

---

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

---

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: McClendon

PRINT - FIRST NAME *(Primer Nombre)*: Wilfred

ID Number *(# de identificación)*: 12-0820-213

DIVISION *(División)*: 9

LIVING UNIT *(Unidad)*: 2-A-2134

DATE *(Fecha)*: 6 / 1 / 15

---

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: - Date of Incident - Time of Incident - Specific Location of Incident
*(Por Favor, Incluya:* - *Fecha Del Incidente* - *Hora Del Incidente* - *Lugar Específico Del Incidente)*

I am re-submit this is my second grievance I am filling for an incident that occured at Piatt County Jail on Apr. 19, 2015 I was assulted and demoralized by one of Piatt County Jail c/o's. I was transfered to Piatt County Jail not knowing why I am been transfererd. I gave social worker Mrs. Pondexter here in Division 9 over 30 days ago an agrievance on this matter. Still have not heard back on it. It was signed 4-30-15 Cook County Jail is responsable for my saftey. I would like to press charges on c/o Turngreen of Piatt County Jail as I wrote on first grievance. Sheriff Tom Dart, Dir. Cara Smith, Asst. Dir. D. Moreci, Asst. Dir. M. Miller, Asst. Dir. M. Holmes, Asst. Dir. M. Reyes, Asst. Dir. DR.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando)*:

To hear back from my first grievance, and to recieve a Control Number on this grievance.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: Wilfred McClendon

---

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED: 6 / 1 / 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)          WHITE COPY - PROGRAM SERVICES          YELLOW COPY - CRW / PLATOON COUNSELOR          PINK COPY - INMATE

2 of 2



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**! This section is to be completed by Program Services staff - ONLY !** *(! Para ser llenado solo por el personal de Program Services !)*

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
McClendon

PRINT - FIRST NAME *(Primer Nombre):*
Wilfred

ID Number *(# de identificación):*
12-0820-213

DIVISION *(División):*
9

LIVING UNIT *(Unidad):*
2-A-2134

DATE *(Fecha):*
6 / 1 / 15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
* Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:     Date of Incident  –  Time of Incident  –  Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente  –  Hora Del Incidente  –  Lugar Específico Del Incidente)*

N. Jones and Social Worker Mrs. Pondexter are all responsable for this matter. According to grievance rule as written, if I do not get a response or like the response of my grievance issue within 15 days, then I am to recieve, control number, with refiling the grievance, which I am.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitado):*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE *(Firma del Preso):*
Wilfred McClendon

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print):

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
6 / 1 / 15

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
____ / ____ / ____

(FCN-47)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE    ☒ NON-GRIEVANCE (REQUEST)

| CONTROL # |
|---|
| N/A |

| INMATE INFORMATION *(Información del Preso)* |
|---|

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| McClendon | Wilfred | 20120820223 |

| GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE |
|---|
| (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE) |

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

265 - OUTSIDE COUNTY / ISSUE

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): GRIEVANCE REQUEST RESPONSE

WAS RETURNED TO INMATE ON 6-1-15

| CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): INMATE SVD. | DATE REFERRED: 6/1/15 |
|---|---|

RESPONSE BY PERSONNEL HANDLING REFERRAL:

See Above

| PERSONNEL RESPONDING TO GRIEVANCE (Print): CRW | SIGNATURE: | DIV. / DEPT. 5-N | DATE: 6/1/15 |
|---|---|---|---|

| Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances. |
|---|

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: / / |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GRIEVANCE SUBJECT CODE: _____ | X Wilfred McClendon | 6/2/15 |

| INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)* |
|---|

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? <br> ¿ Apelación del detenido aceptada por el administrador o/su designado(a)? | Yes *(Si)* ☐ | No ☐ |
|---|---|---|

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* / / |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* / / |
|---|---|

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

## PIATT COUNTY JAIL
## REQUEST FORM

Inmate Name Wilfred McClendon          Date 4-19-15

Reason for Request (Circle One)

Request To Speak with _____          Grievance          Specific Item

Medical/Dental          Other _____

*************************************************
*************************************************

Rule Violated (Grievance purposes only) _____

Specific Request On above Apr 19, 2015 the shift has chang and Supt Bell is still here I talked with her on intercom so I remind her tell officer Turngreen not he not be around me or bring "Med" to me also I asked her for the remote for T.V. I would say about 45 min went by the officer Sawlaw come to E-housing to bring the remote mention to officer Sawlaw that Supt Bell is to tell officer Turngreen stay away from me and for him not bring my "Med" he said okay. Then I would say it was about 7:00 pm or 7:30 pm guess who poppedup officer Turngreen with my "Med" so I told officer Turngreen he is not be around me not mention don't suppose give me "Med" to me Supt Bell was to inform you and Sheriff Hunt So right there he said so what who care what they is said do you want you "Med" or what I said no"

Wilfred McClendon          4-19-15
Inmate Signature          Date/Time

_____          _____
CO Signature          Date/Time

2 of 8

## PIATT COUNTY JAIL
## REQUEST FORM

Inmate Name: Wilfred Jr McClendon                    Date: 4-19-15

Reason for Request (Circle One)

Request To Speak with _____    Grievance    Specific Item

Medical/Dental          Other _____

Rule Violated (Grievance purposes only) _____

Specific Request: Not from you sir Turngreen said then you are refuse your "Med" N.C. I'm not refuse I don't want it from you and I got ready to sit back down officer Turngreen said you know what fuck you and your "Black Ass" and your mom who had you too." I turn back around and officer Turngreen threw his hands up at me in fighting position then I put my hands up for protect officer Turngreen rush at me swing crazy we fell down on floor he started hitting me in face and head officer Saul Paul pull his tese out and point at me said lie down on floor which I was already lieing on floor he said turn over on your stomach and lie down officer Turngreen started kicking at me then he stomp me in back "real Hard" put his knee's in my back and handcusting me yank me up from floor then me into door and then he asked control to open door officer Turngreen push me out door real hard and then push my face.

_____ Wilfred Jr McClendon        4-19-15
Inmate Signature                              Date /Time

_____                      _____
CO Signature                            Date/Time

3 of 6

## PIATT COUNTY JAIL
## REQUEST FORM

Inmate Name: Wilfred McClendon          Date: 4-19-15

Reason for Request (Circle One)

Request To Speak with _____     Grievance     Specific Item

Medical/Dental          Other _____

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●
● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Rule Violated (Grievance purposes only) _____

Specific Request: real hard in well cause my eye "busted" "busted" open and I started

bleeding really bad officer Turngreen said either you start walk down these stair or he will throw

me down them then him and officer Sanlaui took me to holding cell Turngreen threw me into floor wit

xcessive force put his knee's back into my back make hurt alluse tight then what they were officer Sanlaui said

try still and lie down don't move Turngreen took hurtalling off my hand and I got up and was still bleed

all over the holding cell I said to them called Sheriff Hunt and they took there time on call him

and they called the fire dept." then after one hour later Sheriff Hunt show up at Piatt County Jail I explain to him

that officer Turngreen did to me and show him how his officer busted my eye open swollow up and eye

my cheek bone is aushin my face and Sheriff Hunt said let me help you out the fire dept is gone take

Inmate Signature: Wilfred McClendon          Date/Time: 4-19-15

CO Signature: _____          Date/Time: _____

## PIATT COUNTY JAIL
## REQUEST FORM

Inmate Name Wilfred J McClendon                    Date 4-19-15

Reason for Request (Circle One)

Request To Speak with _____    Grievance    Specific Item

Medical/Dental        Other_____

Rule Violated (Grievance purposes only)_____

Specific Request look at you. I said no " just call Cook County Jail have them come
get me I told you Sheriff Hunt about officer Turngreen now look what he done to my face and eye
if you would told him to stay away from me then this wouldn't never happen to me from the get go
I started getting really nervous and scare he asked could he look at my eye I said to Sheriff Hunt
Take picture of my face and eye and back arms and [struck] He said could the fire dept look at my eye, and face I said no
I was to nervous, scare for anybody to touch me Sheriff left out the Holding room they was were out
There talking then they all left and I told Sheriff Hunt I need my blood pressure medication and he
left too. Then I kept push the intercom botton but no body would answer it I started getting dizzling and woke
down on one fainess before I knew it I past out the officer's police Sheriff Hunt came back to holding room

Wilfred J McClendon                    4-19-15
Inmate Signature                    Date/Time

_____                    _____
CO Signature                    Date/Time

**PIATT COUNTY JAIL**
**REQUEST FORM**

Inmate Name William J McClendon        Date 4-19-15

Reason for Request (Circle One)

Request To Speak with _____        Grievance        Specific Item

Medical/Dental        Other_____

Rule Violated (Grievance purposes only) _____

Specific Request I was lieing in my own blood still lick     from my eye so sheriff Hunt had his officer's called for an ambulance they had someone get blood pressure kit and sheriff Hunt took my blood pressure and he said it was 139 over 20 the police first was wipe blood off my face The sheriff Hunt and police officer's was trying find out how I got on floor the ambulance took up about 45 min before it arrived then officer help getting me off floor and to on the strecher the ambulance person started asking question sheriff Hunt gave them a je of me and my blood pressure was high and that I didn't take my medication so we didn't leave until a 30 min then we went to hospital While at hospital they took me to emergence room the nurse started cleaning blood off my face nurse asked me what was hurting me I said my face back hand and eye, head then after that the Doc came in he looked at my eye and face he clean my cut over my eye

William J McClendon        4-19-15
Inmate Signature        Date/Time

CO Signature        Date/Time

62426

**PIATT COUNTY JAIL**
**REQUEST FORM**

Inmate Name: Wilfred McClendon          Date: 4-19-15

Reason for Request (Circle One)

Request To Speak with _____    Grievance     Specific Item

Medical/Dental          Other _____

Rule Violated (Grievance purposes only) _____

Specific Request: the Doc said it look like yes i will be getting stiches so I asked him how many am I getting he said about five the Doc said is there any more problem I said yes my head hurt really bad back Hand too. He said he will give me some "Ibuprofen" and that was it No x-ray or anything else did to me while at hospital Piatt County police Ernst took me back to Piatt County Jail when enter back at Piatt county Jail police Ernst told me that sheriff want the officers put me in holding tank "right there" I told police Ernst Im not going in no holding tank to spend night to morning come and for me lie down floor when I just came from hospital with stiches in face and my back is in pain I have injury to my head so he call a sheriff Heart and told him that I was not going in holding tank because it was a "violation of my Right" and that is "Cruel punish" so I sat there did back bend while in pain then sheriff said okey take him back up to his cell then I told Piatt County police Ernst I would like to press charge on officer Turngreen for "aggravated battery!"

Wilfred McClendon          4-19-15
Inmate Signature          Date/Time

_____          _____
CO Signature          Date/Time